**COM.**

v.

**BAYLOR, T.**

**1233 EDA 2016**

Superior Court of Pennsylvania.

05/17/2017

CP–51–CR–0007889–2009
(Philadelphia)

Affirmed

**COM.**

v.

**YANT, V.**

**1393 EDA 2016**

Superior Court of Pennsylvania.

05/17/2017

CP–51–CR–0002716–2015 (Philadelphia)

Affirmed

**In the MATTER OF: M.S., a Minor**

**2066 EDA 2016**

Superior Court of Pennsylvania.

05/17/2017

AP# CP–51–AP–0000420–2016
DP# CP–51–DP–0002822–2014

FID# 51–FN–002570–2014
(Philadelphia)

Affirmed

**COM.**

v.

**ADAMS, J.**

**2797 EDA 2016**

Superior Court of Pennsylvania.

5/17/2017

CP–23–CR–0001696–2003
(Delaware)

Quashed

**COM.**

v.

**HERBERT, R.**

**2974 EDA 2016**

Superior Court of Pennsylvania.

05/17/2017

CP–45–CR–0001359–2012
(Monroe)

Affirmed